#151317

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No. 10-10094
)
    Robert D. White ) Chapter 7
    Christina M. White )
        Debtors ) Judge Morgenstern-Clarren

FILED 2010 NOV 16 PM 1:53 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

## TRANSMITTAL OF UNCLAIMED FUNDS

TO THE CLERK OF COURT:

The attached check No. 3013 in the amount of $131.13, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| CREDITORS NAMES/ADDRESSES | CLAIM NO. | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| **Oaktree Clinic, Inc.**<br>**Matthew M. Keum MD**<br>**36060 Euclid Avenue, #101**<br>**Willoughby, Ohio 44094** | 8 | $708.30 | $131.13 |

Dated: November 15, 2010

                                                             /s/ Sheldon Stein
                                                             Sheldon Stein, Trustee

cc: United States Truste